IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
JUN 1 2 2014
Clerk, U.S. Di...
By:_____

Jason Carr
1701 North Ridgeview Rd Apt 201
Olathe KS, 66061
(Enter above the full name of Plaintiff(s))

vs.

Estes Express Lines
Name

4601 Speaker Rd
Street and number

Kansas City KS, 66106
City    State    Zip Code

Case Number: 14-2284-DDC-GLR
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   ✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   ___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ___ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Other (Describe)

_____
_____
_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
    March 6, 2014 - March 10, 2014

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
    ✓ Yes    Date filed: _____
    ____ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
    ✓ Yes    Date filed: _____
    ____ No

6. Have you received a Notice of Right-to-Sue Letter?
    ✓ Yes ____ No
    If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
    ____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
    ____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_\_ failure to hire me
   ✓ termination of my employment
   \_\_\_\_ failure to promote me
   \_\_\_\_ failure to accommodate my disability
   \_\_\_\_ terms and conditions of my employment differ from those of similar employees
   ✓ retaliation
   \_\_\_\_ harassment
   \_\_\_\_ reduction in wages
   \_\_\_\_ other conduct (specify):

   _Color/race_

   Did you complain about this same conduct in your charge of discrimination?
   ✓ Yes \_\_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   ✓ my race or color, which is _dark skinned toned African American_
   \_\_\_\_ my religion, which is _____
   \_\_\_\_ my national origin, which is _____
   \_\_\_\_ my gender, which is \_\_\_\_ male; \_\_\_\_ female
   \_\_\_\_ my disability or perceived disability, which is _____
   \_\_\_\_ my age (my birth date is: _____)
   \_\_\_\_ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   ✓ Yes \_\_\_\_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    I was employed May 9, 2009, through March 10, 2014, working as a forklift Operator Dock Worker. On March 6, 2014, I was working as a Dockworker Lead and was involved in a verbal altercation with a subordinate Coworker. I was physically threatened by this employee and I asked to go home as a result of the fear for my safety. On March 7, 2014, I was asked to come in and write a statement as to the events of March 6, 2014. I was placed on Admin Leave by the Terminal Manager. On 3/10/2014 I was contacted by phone and discharged by the Terminal Manager.

    I believe I was threatened because of my Race + Color (African American, Dark) and discharged in retaliation for reporting this incident in violation of Title VII of the Civil Rights Act of 1964, as amended.

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    \_\_\_\_\_ are still being committed by Defendant.
    ✓ are no longer being committed by Defendant.
    \_\_\_\_\_ may still be being committed by Defendant.

12. Plaintiff:
    \_\_\_\_\_ still works for Defendant
    ✓ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    \_\_\_\_\_ Yes   \_\_\_\_\_ No
    Explain: _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
\_\_\_\_\_ Defendant be directed to employ Plaintiff
\_\_\_\_\_ Defendant be directed to re-employ Plaintiff
\_\_\_\_\_ Defendant be directed to promote Plaintiff
☒ Defendant be directed to *Pay for All suffering + lost wages*
☒ Injunctive relief (please explain): *To be re-hireable*
☒ Monetary damages (please explain): *Three Million Dollars*
☒ Costs and fees involved in litigating this case
☒ As additional relief to make Plaintiff whole, Plaintiff seeks: *Lost wages for all time of the year that I would have Jworked*
and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this _12_ day of _June_, 20_14_.

_____
Signature of Plaintiff
*Jason Carr*
Name (Print or Type)
*1701 North Ridgeview Rd Apt 201*
Address
*Olathe KS, 66061*
City State Zip Code
*913-633-5227*
Telephone Number

4

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( ☐ Wichita, ☑ Kansas City or ☐ Topeka ), Kansas as the location for the trial in this matter. (check one location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☑ yes ☐ no .
(check one)

_____
Signature of Plaintiff

Dated: 6/12/14
(Rev. 8/07)

5

| EEOC Form 5 (11/09) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>563-2014-01058 |
| Kansas Human Rights Commission *State or local Agency, if any* | | | and EEOC |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Jason E. Carr | (913) 633-5227 | -1978 |

| Street Address | City, State and ZIP Code |
|---|---|
| 10209 Kessler Street, Apartment D, Overland Park, KS 66212 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ESTES EXPRESS LINES | 500 or More | (913) 281-1723 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4601 Speaker Road, Kansas City, KS 66106 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 03-10-2014  Latest: 03-10-2014<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was employed May 9, 2009, through March 10, 2014, working as a Forklift Operator Dock Worker.

On March 6, 2014, I was working as Dockworker Lead and was involved in a verbal altercation with a subordinate coworker. I was physically threatened by this employee and I asked to go home as a result of the fear for my safety.

On March 7, 2014, I was asked to come in and write a statement as to the events of March 6, 2014. I was placed on Administrative Leave by the Terminal Manager. On March 10, 2014, I was contacted by phone and discharged by the Terminal Manager.

I believe I was threatened because of my Race and Color (African American, Dark) and discharged in retaliation for reporting this incident in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| May 02, 2014<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |